UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VICTORIA L. MCPHAIL,<br><br>                Plaintiff,<br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                Defendant. | Case No. 10-cv-05681 BHS-JRC<br><br>ORDER |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the parties' Stipulation of Dismissal (ECF No. 11) does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The matter is therefore DISMISSED without prejudice and without award of costs to any party; and

(3) The Clerk is directed to send copies of this Order to counsel of record.

DATED this 3rd day of January, 2011.

                                          BENJAMIN H. SETTLE
                                          United States District Judge

ORDER