# United States District Court

WESTERN DISTRICT OF WASHINGTON

VICTORIA L. MCPHAIL,

                v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-05681 BHS-JRC

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     The Court adopts the Report and Recommendation; and

(2)     The matter is therefore DISMISSED without prejudice and without award of costs to any party.

| | |
|---|---|
| January 5, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | *s/ Mary Trent* |
| | Deputy Clerk |